# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4146
_____

ANTHONY DALE,

Appellant,

v.

TENISHA FAIRCLOUGH,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Hugh Carithers, Judge.

June 13, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony Dale, pro se, Appellant.

Thomas L. Gurrola, Anthony Perrone, and Kyle J. Marcil of Liberty Law, PLLC, Jacksonville; Daniel E. Vega of Liberty Law, PLLC, Fleming Island, for Appellee.